1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHERINE A. PLANTE
   Special Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        Case No. 1:16-mj-00014

11           Plaintiff,
                                    MOTION AND ORDER TO CORRECT A
12 v.                               CLERICAL ERROR PURSUANT TO
                                    F.R.CR.P. RULE 36
13 JORGE LUIS J. RAMON-AVALOS,

14           Defendant.

15

16
        The United States of America, by and through Benjamin B. Wagner,
17
   United States Attorney, and Katherine A. Plante, Special Assistant
18
   United States Attorney, hereby moves to correct a clerical error in
19
   Case No. 1:16-mj-00014. The information filed on February 4, 2016 was
20
   filed in error. It was intended to be filed in Case No. 1:15-mj-
21
   00117-SAB. Thus, the information filed in Case No. 1:16-00014 should
22
   be stricken from the record, and the matter should be closed.
23

24 DATED: February 5, 2016           Respectfully submitted,

25                                   BENJAMIN B. WAGNER
                                     United States Attorney
26
                                By:   /s/ Katherine A. Plante
27                                   KATHERINE A. PLANTE
                                     Special Assistant U.S. Attorney
28
                                1

# O R D E R

IT IS HEREBY ORDERED that the information filed in Case No. 1:16-mj-00014 on February 4, 2016 should be stricken from the record, and the matter should be closed.

IT IS SO ORDERED.

Dated: **February 5, 2016**

_____
UNITED STATES MAGISTRATE JUDGE